NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                            Criminal Number  1:24-mj-0056

Nathan J. Mackie
_____
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

☐ CJA      ☐ RETAINED      ☑ FEDERAL PUBLIC DEFENDER

By: _____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Natalie J. Awad,  SDTX Bar No. 3836610
(Attorney & Bar ID Number)

Office of Federal Public Defender - SDTX
(Firm Name)

440 Louisiana Street, Suite 1350
(Street Address)

Houston         Texas              77002
(City)          (State)            (Zip)

713.718.4600
(Telephone Number)